Dismissed and Memorandum Opinion filed May 26, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00423-CR

____________

 

RICARDO ROQUE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 228th District Court

Harris County, Texas

Trial Court Cause No. 906957

 



 

MEMORANDUM
OPINION

This is an attempted appeal from the denial of “Petitioner’s
Motion/Judicial Notice Declaring this Court is in Possession of Vital Evidence
Needed to Pursue Appeal.”  

Generally, an appellate court’s jurisdiction is limited to
consideration of an appeal by a criminal defendant from a final judgment of
conviction.  Workman v. State, 170 Tex. Crim. 621, 343 S.W.2d 446, 447
(1961); McKown v. State, 915 S.W.2d 160, 161 (Tex. App.CFort Worth 1996, no pet.).  The
exceptions include:  (1) certain appeals while on deferred adjudication
community supervision, Kirk v. State, 942 S.W.2d 624, 625 (Tex. Crim.
App. 1997); (2) appeals from the denial of a motion to reduce bond, Tex. R. App. P.  31.1; McKown,
915 S.W.2d at 161;  and (3) certain appeals from the denial of habeas corpus
relief, Wright v. State, 969 S.W.2d 588, 589 (Tex. App.CDallas 1998, no pet.);  McKown,
915 S.W.2d at 161.  

The denial of appellant’s motion does not result in a separate
and appealable order.  Because this appeal does not fall within the exceptions
to the general rule that an appeal may be taken only from a final judgment of
conviction, we have no jurisdiction. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Chief Justice
Hedges, Justices Seymore and Boyce.

Do Not Publish C Tex. R. App. P. 47.2(b).